**147 So. 21**

**Mathews WEST et al. v. Mary Ann GOODWIN et al.**

**No. 31490.**

Feb. 27, 1933.

O. E. Guillory, of Villa Platte, for appellants.

L. Austin Fontenot, of Opelousas, for appellees.

BRUNOT, Justice.

This is a companion case to Mathews West et al. v. Mary Ann Goodwin et al., 176 La. 873, 147 So. 20, decided this day.

For the reasons assigned in that case, the judgment appealed from in this case is affirmed at appellants' cost.